MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No: CR 4:11-~~70765~~ MAG    70756 MAG |
|---|---|---|
| v. | ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ARRAIGNMENT DATE BY FIVE DAYS |
| CHRISTOPHER CONWAY, | ) ) | |
|     Defendant. | ) ) | |

This case is currently set for arraignment on October 7, 2011. The parties are working on a resolution of this case, and the United States requires three additional business days to obtain the necessary approvals for the proposed information and settlement. The defense has agreed to this continuance.

The parties therefore stipulate and ask the Court to order that the arraignment currently scheduled for Friday, October 7, 2011, be continued until next Wednesday, October 12, 2011. The parties further stipulate that the time between October 7 and 12, 2011, be excluded from the Speedy Trial Act calculations for effective preparation of defense counsel. The parties agree that

STIP. & [~~PROP.~~] ORDER RE: ARRAIGNMENT
CASE NO. CR 4:11-70765 MAG

granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The parties further agree that for the same reason, the time for arraignment under Fed. R. Crim P. 5.1 should be extended by five days.

SO STIPULATED:

                                              MELINDA HAAG
                                              United States Attorney

DATED: 10/5/2011                               /s/
                                              OWEN P. MARTIKAN
                                              Assistant United States Attorney

DATED: 10/5/2011                               /s/
                                              ELLEN LEONIDA
                                              Attorney for Christopher Conway

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulations and for good cause shown, the Court hereby continues the arraignment in this matter from Friday, October 7, 2011, until Wednesday, October 12, 2011. The Court also concludes that an exclusion of time is warranted from October 7, 2011, until October 12, 2011, because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial, and the failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation and for continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(8)(B)(iv). For the same reason, the Court concludes that the time for arraignment under Fed. R. Crim. P. 5.1 shall be extended by five days.

///

///

///

1 | SO ORDERED.

2 | DATED: October 6, 2011

3 | _____
LAUREL BEELER
United States Magistrate Judge

STIP. & [PROP.] ORDER RE: ARRAIGNMENT
CASE NO. CR 4:11-70765 MAG                    3