# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

1. 18 U.S.C. Section 2252(a)(2) -- Distribution of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Minimum 5 years to maximum 20 years imprisonment, $250,000 fine, minimum 5 years to life sup. release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**DEFENDANT - U.S**

CHRISTOPHER CONWAY

DISTRICT COURT NUMBER: CR11-00747 PJH

FILED OCT 12 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Martha Parker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-11-70756 MAG

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): OWEN P. MARTIKAN

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☒ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ 09/08/2011

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

MELINDA HAAG (CSBN 132612)
United States Attorney


E-filing
FILED
OCT 12 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR11-00747 |
|---|---|
| Plaintiff, | VIOLATION: 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| CHRISTOPHER CONWAY, | OAKLAND VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about January 26, 2011, in the Northern District of California, the defendant,

CHRISTOPHER CONWAY,

did knowingly distribute at least one visual depiction that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

INFORMATION

1 | **FORFEITURE ALLEGATION**: (18 U.S.C. § 2253(a) – Criminal Forfeiture)

Upon conviction of the offenses alleged herein, the defendant,

**CHRISTOPHER CONWAY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property used or intended to commit or facilitate the commission of the offense, and all property derived from proceeds traceable to the commission of the offense, including but not limited to a black Samsung Metro Cellular phone with charger.

DATED: 10/11/11

MELINDA HAAG
United States Attorney

*/signature/*
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: */signature/*)
OWEN P. MARTIKAN
Assistant United States Attorney